# Court of Appeals
# of the State of Georgia

ATLANTA,   May 08, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0337.  ALITHIA MECH v. THOMAS PATRICK BERNATITUS.

Alithia Mech (f/k/a Alithia M. Bernatitus) and Thomas Bernatitus were divorced in 2004.   Bernatitus was awarded physical custody of the children, and Mech was ordered to pay child support.  Bernatitus filed a motion for contempt for failure to pay child support, which was granted.  After Mech failed to comply with the court's order, the court entered a second order finding her in contempt, ordering her to comply with the terms of the divorce decree and to pay child support, and awarding fees.   Mech then filed this application for discretionary appeal from the order of contempt.

The issues in this case arise out of the child support provisions of a divorce decree. Although the Court of Appeals may review cases relating solely to child custody, the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6). In Georgia, child support is a form of alimony. Additionally, because Bernatitus's action was based on an alleged violation of the parties' divorce decree, appellate jurisdiction lies in the Supreme Court.  See *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008). Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 05/08/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*